UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE:  BENJAMIN H. YORMAK

STEVEN R YORMAK,

      Appellant,

v.                                           Case No:  2:17-cv-73-FtM-38

BENJAMIN H. YORMAK,

      Appellee.

_____/

### ORDER[1]

This matter comes before the Court on Appellant Steven R. Yormak's Emergency Motion to Stay Bankruptcy Proceedings Pending Appeal.  (Doc. 31).  Appellant is appealing this Court decision to deny him an interlocutory appeal.  (Doc. 29; Doc. 30). The above-captioned case closed upon the Court denying the interlocutory appeal – there is no pending bankruptcy appeal.  What is more, even if the undersigned had authority to stay the underlying bankruptcy proceedings pending the appeal, it would not exercise its discretion to do so.  That authority and discretion lies best with the Honorable Caryl E. Delano, the bankruptcy judge hearing the underlying matter.

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Accordingly, it is now

**ORDERED:**

(1) Appellant Steven R. Yormak's Emergency Motion to Stay Bankruptcy Proceedings Pending Appeal (Doc. 31) is **DENIED**.

(2) The Clerk of Court is **DIRECTED** to close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 20th day of July, 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:      The Honorable Caryl E. Delano
             All Parties of Record